1 | Jonathan Pearce, Cal. Bar No. 245,776
2 | jpearce@socalip.com
  | Brian Tamsut, Cal. Bar No. 322,780
3 | btamsut@socalip.com
4 | SoCal IP Law Group LLP
  | 310 N. Westlake Blvd., Suite 120
5 | Westlake Village, CA 91362-3788
  | Phone: (805) 230-1350
6 |
7 | Attorneys for Plaintiff Cheef Holdings

**United States District Court**

**Central District of California – Western Division**

| Cheef Holdings, a California corporation, | |
|---|---|
| Plaintiff, | Case No. 2:22-cv-2370 |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Shopping EZ LLC, a Utah Limited Liability Company, and Does 1-10, | |
| Defendants. | |

Plaintiff Cheef Holdings hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

September 22, 2022

/s/ Jonathan Pearce
Jonathan Pearce
SoCal IP Law Group LLP

Attorney for Plaintiff Cheef Holdings